1 | DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
2 | ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
3 | rtangri@durietangri.com
RYAN M. KENT (SBN 220441)
4 | rkent@durietangri.com
LAURA E. MILLER (SBN 271713)
5 | lmiller@durietangri.com
217 Leidesdorff Street
6 | San Francisco, CA 94111
Telephone: 415-362-6666
7 | Facsimile: 415-236-6300

8 | Attorneys for Defendants
PALO ALTO NETWORKS, INC. and
9 | NIR ZUK

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

| | |
|---|---|
| QIANG WANG,<br><br>                    Plaintiff,<br><br>    v.<br><br>PALO ALTO NETWORKS, INC., NIR ZUK, and FENGMIN GONG,<br><br>                    Defendants. | Case No. 3:12-cv-05579-WHA<br><br>**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS MADE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1 AND LOCAL CIVIL RULE 3-16 OF DEFENDANTS PALO ALTO NETWORKS, INC. AND NIR ZUK**<br><br>Date:    January 31, 2013<br>Time:   8:00 a.m<br>Ctrm:   8, 19th Floor<br>Judge:  Honorable William H. Alsup |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Palo Alto Networks, Inc. and Nir Zuk make the following disclosures:

1. Palo Alto Networks, Inc. has no parent corporation.

2. No publicly held corporation owns 10 percent or more of Palo Alto Network, Inc.'s stock.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

**5% STOCKHOLDERS**

Sequoia Capital

Greylock Partners

Dated:  December 21, 2012                                                DURIE TANGRI LLP

By: */s/ Ryan M. Kent*
     RYAN M. KENT

Attorneys for Defendants
PALO ALTO NETWORKS, INC. and
NIR ZUK

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on December 21, 2012 with a copy of this document via the Court's CM/ECF system.

*/s/ Ryan M. Kent*
Ryan M. Kent
