| | |
|---|---|
| Gary S. Fergus, Cal. Bar No. 095318<br>FERGUS, A LAW OFFICE<br>595 Market Street, Ste. 2430<br>San Francisco, California 94115<br>Telephone: (415) 537-9032<br>Facsimile: (415) 537-9038<br>E-mail: gfergus@ferguslegal.com<br><br>Raymond P. Niro<br>Paul K. Vickrey (appearance *pro hac vice*)<br>Gabriel I. Opatken (appearance *pro hac vice*)<br>Olivia T. Luk (appearance *pro hac vice*)<br>NIRO, HALLER & NIRO<br>181 W. Madison, Suite 4600<br>Chicago, Illinois 60602<br>Phone: (312) 236-0733<br>Fax: (312) 236-3137<br>E-mail: rniro@nshn.com<br>E-mail: vickrey@nshn.com<br>E-mail: gopatken@nshn.com<br>E-mail: oluk@nshn.com<br><br>Attorneys for Plaintiff QIANG WANG | DURIE TANGRI LLP<br>DARALYN J. DURIE (SBN 169825)<br>ddurie@durietangri.com<br>RAGESH K. TANGRI (SBN 159477)<br>rtangri@durietangri.com<br>RYAN M. KENT (SBN 220441)<br>rkent@durietangri.com<br>LAURA E. MILLER (SBN 271713)<br>lmiller@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone:   415-362-6666<br>Facsimile:   415-236-6300<br><br>Attorneys for Defendants PALO ALTO NETWORKS, INC. and NIR ZUK |

STEPHEN E. TAYLOR (SBN 58452)
JONATHAN A. PATCHEN (SBN 237346)
CAROL A IGOE (SBN 267673)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com
E-mail: cigoe@tcolaw.com

Attorneys for Defendant FENGMIN GONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QIANG WANG,<br><br>             Plaintiff,<br><br>     v.<br><br>PALO ALTO NETWORKS, INC., NIR ZUK, and FENGMIN GONG,<br><br>             Defendants. | Case No. 3:12-cv-05579-WHA<br><br>~~PROPOSED~~ **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Ctrm:   8 – 19th Floor<br>Judge:   Honorable William H. Alsup |

Pursuant to the Court's Orders of January 31, 2013 (ECF No. 42) and February 7, 2013 (ECF No. 43), Plaintiff Qiang Wang ("Wang") and Defendants Palo Alto Networks, Inc. and Nir Zuk ("PAN") and Defendant Fengmin Gong ("Gong") (collectively "Parties") jointly submit this Proposed Order Re Schedule for Claim Construction.  The Parties are in agreement as to all dates below.

| Event | Date |
|---|---|
| Exchange of terms to be construed | April 24, 2013 |
| Exchange of proposed constructions with intrinsic evidence | May 1, 2013 |
| Joint Claim Construction Statement | May 15, 2013 |
| Opening *Markman* brief | May 29, 2013 |
| Answering *Markman* brief | June 12, 2013 |
| Reply *Markman* brief | June 26, 2013 |

Dated:  February 8, 2013                                              NIRO, HALLER & NIRO

                                                                                            */s/ Gabriel I. Opatken*
                                                                         By: _____
                                                                                      GABRIEL I. OPATKEN

                                                                         Attorneys for Plaintiff
                                                                         QIANG WANG

Dated:  February 8, 2013                                              DURIE TANGRI LLP

                                                                                            */s/ Laura E. Miller*
                                                                         By: _____
                                                                                      LAURA E. MILLER

                                                                         Attorneys for Defendants
                                                                         PALO ALTO NETWORKS, INC. and
                                                                         NIR ZUK

Dated:  February 8, 2013                                              TAYLOR & COMPANY LAW OFFICES, LLP

                                                                                            */s/ Jonathan A. Patchen*
                                                                         By: _____
                                                                                      JONATHAN A. PATCHEN

                                                                         Attorneys for Defendant
                                                                         FENGMIN GONG

///

///

///

1

~~PROPOSED~~ ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION / CASE NO. 3:12-CV-05579- WHA

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Laura E. Miller, attest that concurrence in the filing of this document has been obtained.

Dated:  February 8, 2013

*/s/ Laura E. Miller*
LAURA E. MILLER

IT IS SO ORDERED.

Dated: ____February 11,____, 2013

_____
The Honorable William H. Alsup
United States District Judge