United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QIANG WANG,

    Plaintiff,

  v.

PALO ALTO NETWORKS, INC., et al.,

    Defendants.

No. C 12-05579 WHA

**ORDER RE CLAIM CONSTRUCTION**

The parties have reached agreement on the constructions of the four patent terms the parties believe will be significant to the resolution of this action (Dkt. No. 53). Without agreeing or disagreeing with the constructions, the parties' agreed-upon constructions will be used at trial. Please do not represent to other judges in other actions that this Court has adopted them. Further, the Court reserves the authority, on its own motion, to modify these constructions if further evidence warrants such a modification. The Court thanks counsel for their efforts in reaching agreement on these issues. The July 3 tutorial and the July 17 claim construction hearing are **VACATED**.

    **IT IS SO ORDERED.**

Dated: May 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE