Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Qiang Wang,

          Plaintiff(s),

  v.

Palo Alto Networks, Inc., et al.

          Defendant(s).

Case No: C12-05579WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David J. Sheikh, an active member in good standing of the bar of the N.D. of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Qiang Wang in the above-entitled action. My local co-counsel in this case is Gary S. Fergus, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Niro, Haller & Niro, 181 W. Madison St., Ste. 4600, Chicago, Illinois 60602 | Fergus, A Law Office, 595 Market St., Ste. 2430, San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 236-0733 | (415) 537-9032 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sheikh@nshn.com | gfergus@ferguslegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6210023.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/21/13

David J. Sheikh
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David J. Sheikh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 3, 2013.

William Alsup
United States District Judge

*PRO HAC VICE* APPLICATION & ORDER