1 | DURIE TANGRI LLP
  | DARALYN J. DURIE (SBN 169825)
2 | ddurie@durietangri.com
  | RAGESH K. TANGRI (SBN 159477)
3 | rtangri@durietangri.com
  | RYAN M. KENT (SBN 220441)
4 | rkent@durietangri.com
  | LAURA E. MILLER (SBN 271713)
5 | lmiller@durietangri.com
  | 217 Leidesdorff Street
6 | San Francisco, CA 94111
  | Telephone: 415-362-6666
7 | Facsimile: 415-236-6300

8 | Attorneys for Defendants
  | PALO ALTO NETWORKS, INC. and
9 | NIR ZUK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| QIANG WANG, | Case No. 3:12-cv-05579-WHA |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS B THROUGH E OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE AMENDED COMPLAINT |
| v. | |
| PALO ALTO NETWORKS, INC., NIR ZUK, and FENGMIN GONG, | |
| Defendants. | Date: August 1, 2013<br>Time: 8:00 a.m.<br>Ctrm: 8 – 19th Floor<br>Judge: Honorable William H. Alsup |

1   Having considered Plaintiff Qiang Wang's Administrative Motion to File Under Seal Exhibits B
2   through E of Plaintiff's Notice of Motion and Motion to Modify Scheduling Order and for Leave to File
3   Amended Complaint and Declaration of Laura E. Miller in Support of Plaintiff Qiang Wang's
4   Administrative Motion to File Under Seal Exhibits B through E of Plaintiff's Notice of Motion and
5   Motion to Modify Scheduling Order and for Leave to File Amended Complaint, and good cause
6   appearing:

7   IT IS HEREBY ORDERED that Exhibits B through E of Plaintiff's Notice of Motion and Motion
8   to Modify Scheduling Order and for Leave to File Amended Complaint shall be filed under seal.

9   IT IS SO ORDERED.

Dated: July 22, 2013.

_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

1
[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
EXHIBITS B THROUGH E OF PLAINTIFF'S NOTICE OF MOTION / CASE NO. 3:12-CV-05579- WHA