GARY S. FERGUS, Cal. Bar No. 095318
FERGUS, A LAW OFFICE
595 Market Street, Ste. 2430
San Francisco, California 94115
Tel:    (415) 537-9032
Fax:    (415) 537-9038
E-mail:  gfergus@ferguslegal.com

RAYMOND P. NIRO
PAUL K. VICKREY (appearance pro hac vice)
GABRIEL I. OPATKEN (appearance pro hac vice)
OLIVIA T. LUK (appearance pro hac vice)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois  60602
Tel:    (312) 236-0733
Fax:    (312) 236-3137
E-mail: rniro@nshn.com
E-mail: vickrey@nshn.com
E-mail: gopatken@nshn.com
E-mail: oluk@nshn.com

*Attorneys for Plaintiff Qiang Wang*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| QIANG WANG,<br><br>                        Plaintiff,<br><br>         v.<br><br>PALO ALTO NETWORKS, INC.,<br>NIR ZUK and FENGMIN GONG,<br><br>                        Defendants. | Case No. C12-05579 WHA<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date: August 1, 2013<br>Time: 8:00 a.m.<br>8 – 19th Floor<br>Judge: Honorable William H. Alsup |

This matter comes before the Court on Defendants' – Palo Alto Networks, Inc., Nir Zuk and Fengmin Gong – Administrative Motion for File Under Seal Defendants' Joint Opposition to Plaintiff Qiang Wang's Motion to Modify Scheduling Order and for Leave to File Amended Complaint, and Exhibits 2-7 to the Declaration of Jonathan Patchen in Support Thereof. Plaintiff, Qiang Wang ("Wang") filed the Declaration of Gabriel I. Opatken in support thereof.

The Court having fully considered all of the materials filed, and finding good cause appearing therefore,

IT IS HEREBY ORDERED that the following materials currently lodged with the Court pursuant to Civil Local Rule 79-5 and General Order 62 shall be filed under seal:

1. Defendants' Joint Opposition to Plaintiff Qiang Wang's Motion to Modify Scheduling Order and for Leave to File Amended Complaint;

2. Exhibits 3, 5, 6 and 7 to the Declaration of Jonathan Patchen in Support thereof.

IT IS FURTHER ORDERED that Defendants shall publicly file Exhibits 2 and 4 to the Declaration of Jonathan Patchen.

IT IS FURTHER ORDERED that Plaintiffs shall provide, and Defendants shall lodge with the Clerk and serve, a redacted version of Defendants' Joint Opposition that redacts only those portions identified as confidential in the Declaration of Gabriel I. Opatken.

**IT IS SO ORDERED.**

Dated: July 22, 2013.

_____
The Honorable William H. Alsup
United States District Judge