DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
PALO ALTO NETWORKS, INC.

NIRO, HALLER & NIRO
PAUL K. VICKREY (admitted *pro hac vice*)
vickrey@ nshn.com
DAVID J. SHEIKH (admitted *pro hac vice*)
sheikh@nshn.com
OLIVIA T. LUK (admitted *pro hac vice*)
oluk@ nshn.com
GABRIEL I. OPATKEN (admitted *pro hac vice*)
gopatken@ nshn.com
181 W. Madison, Suite 4600
Chicago. IL 60602
Telephone:     312-236-0733
Facsimile:     312-236-3137

Attorneys for Plaintiff
QIANG WANG

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| QIANG WANG,<br><br>                    Plaintiff,<br><br>          v.<br><br>PALO ALTO NETWORKS, INC., NIR ZUK,<br>and FENGMIN GONG,<br><br>                    Defendants. | Case No. 3:12-cv-05579-WHA<br><br>**STIPULATION PROPOSING DATES FOR CLAIM CONSTRUCTION AND [~~PROPOSED~~] ORDER**<br><br>Ctrm:   8 – 19th Floor<br>Judge:  Honorable William H. Alsup |

Pursuant to Civil Local Rule 7-12, plaintiff Qiang Wang ("Wang") and defendant Palo Alto Networks, Inc. ("PAN"), by and through their respective attorneys, hereby stipulate to the dates identified below for the service and filing of claim construction disclosures required by the Patent Local Rules:

| Event | Date |
|---|---|
| Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | October 7, 2013 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | October 28, 2013 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | November 22, 2013 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | December 23, 2013 |
| Opening Claim Construction Brief (Patent L.R. 4-5) | January 6, 2014 |
| Opposition Claim Construction Brief (Patent L.R. 4-5) | January 22, 2014 |
| Reply Claim Construction Brief (Patent L.R. 4-5) | January 29, 2014 |

In addition, plaintiff Wang and defendant PAN respectfully request that the Court set a claim construction hearing at a time and date convenient to the Court, ~~and consistent with Patent Local Rule 4-6, propose February 13, 2014 at 1:30 pm~~.

**SO STIPULATED.**

Dated:  August 29, 2013                                     DURIE TANGRI LLP

                                                           By: _____*/s/ Ryan M. Kent*_____
                                                                   RYAN M. KENT

                                                           Attorneys for Defendant
                                                           PALO ALTO NETWORKS, INC.

Dated:  August 29, 2013                                    NIRO, HALLER & NIRO

                                                           By: _____/s/ Paul K. Vickrey_____
                                                                          PAUL K. VICKREY

                                                           Attorneys for Plaintiff
                                                           QIANG WANG

                              **FILER'S ATTESTATION**

        Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Ryan M. Kent, attest that concurrence in
the filing of this document has been obtained.


Dated:  August 29, 2013                         _____/s/ Ryan M. Kent_____
                                                                          RYAN M. KENT


The claim-construction hearing will be held on **FEBRUARY 26, 2014**, at **1:30 P.M**.  A
tutorial for the Court (to be conducted by counsel only, not experts) shall be set for
**FEBRUARY 12, 2014**, at **1:30 P.M**.

For the claim-construction hearing, the parties must isolate no more than **FOUR
PHRASES** in all claims at issue and limit the hearing to those phrases.


     **IT IS SO ORDERED.**



Dated:  September 4, 2013.

                                                _____
                                                William
                                                United St

                                                IT IS SO ORDERED
                                                AS MODIFIED
                                                Judge William Alsup

STIPULATION PROPOSING DATES FOR CLAIM CONSTRUCTION AND [PROPOSED] ORDER /
CASE NO. 3:12-CV-05579-WHA