IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QIANG WANG,

    Plaintiff,

  v.

PALO ALTO NETWORKS, INC.,
NIR ZUK, and FENGMIN GONG,

    Defendants.
    /

No. C 12-05579 WHA

**ORDER DENYING ADMINISTRATIVE MOTION TO ALLOW NIR ZUK TO PROVIDE THE SCHEDULED TECHNOLOGY TUTORIAL**

    Defendants have filed an administrative motion to allow Nir Zuk, defendant and Chief Technology Officer of Palo Alto Networks, Inc. ("PAN"), to provide the technology tutorial currently scheduled for February 12, 2014. Defendants have stated that if the motion is granted (and plaintiff desires), defendants "would agree that Plaintiff could likewise have a person with technical expertise (not a retained expert) present Plaintiff's tutorial" (Dkt. No. 96).

    Plaintiff opposes. Plaintiff argues that defendants' proposal is not an equal exchange because "Mr. Zuk has intimate knowledge of PAN's Accused Systems and its non-infringement positions, and Mr. Wang does not (given that the protective order bars him from viewing essentially every technical document in this action)" (Dkt. No. 97).

    The September 2013 order states "[a] tutorial for the Court (to be conducted by counsel only, not experts) shall be set for February 12, 2014 at 1:30 p.m." (Dkt. No. 94). Good cause has not been shown to permit Nir Zir to conduct the technical tutorial. The motion is **DENIED**. (This is an administrative motion pursuant to Local Rule 7-11; no reply is necessary.)

    **IT IS SO ORDERED.**

Dated: December 19, 2013.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE