IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QIANG WANG,

    Plaintiff,

  v.

PALO ALTO NETWORKS, NIR ZUK, and FENGMIN GONG,

    Defendants.

No. C 12-05579 WHA

**ORDER RE CLAIM 23**

On February 11, the parties appeared for a tutorial. Plaintiff stated on the record that he no longer asserts claim 23 of U.S. Patent No. 7,870,161. The parties withdraw their request to construe "selecting a fingerprint for each signature." The Court appreciates the cooperation of the parties.

**IT IS SO ORDERED.**

Dated: February 11, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE