DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendants
PALO ALTO NETWORKS, INC. and
NIR ZUK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QIANG WANG,<br><br>      Plaintiff,<br><br> v.<br><br>PALO ALTO NETWORKS, INC., NIR ZUK, and FENGMIN GONG,<br><br>      Defendants. | Case No. 3:12-cv-05579-WHA<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S MOTION TO AMEND INFRINGEMENT CONTENTIONS AND EXHIBITS A-C AND F-K**<br><br>Ctrm: 8 – 19th Floor<br>Judge: Honorable William H. Alsup |

Having considered Plaintiff Qiang Wang's Administrative Motion to File Under Seal Plaintiff's Motion to Amend Infringement Contentions and Exhibits A-C and F-K and Declaration of Laura E. Miller in Support of Plaintiff Qiang Wang's Administrative Motion to File Under Seal Plaintiff's Motion to Amend Infringement Contentions and Exhibits A-C and F-K, and good cause appearing:

IT IS HEREBY ORDERED that the following portions of Plaintiff's Motion to Amend Infringement Contentions and Exhibits A-C and F-K shall be filed under seal:

| Document | Sealed Portion |
| --- | --- |
| Plaintiff's Motion for Leave to Amend Infringement Contentions | Page 3: Lines 6-7, ~~10, 12-14~~, 17-20<br>Page 4: Lines 6-8 |
| Exhibit A | Selected portions of pages 1-30. |
| Exhibit B | Selected portions of pages 1-30. |
| Exhibit C | Selected portions of pages 1-25. |
| Exhibit F | ~~Page 3: Lines 9 and 28~~<br>~~Page 4: Line 8~~<br>~~Page 5: Lines 14-18~~<br>Page 6: Lines ~~7-11~~, 19-20, ~~24~~ |
| Exhibit G | Page 13: Lines 11-18<br>Page 18: Lines 11-16<br>Page 26: Lines 22-23 |
| Exhibit H | Page 198: Lines 6-15<br>Page 199: Lines ~~1-2,~~ 4, ~~19-20~~<br>Page 201: Lines ~~7, 9~~-11, ~~19, 21, 24~~-25 |
| Exhibit I | Entire document |
| Exhibit J | Entire document |
| Exhibit K | Entire document |

AS MODIFIED, IT IS SO ORDERED.

Dated: February 24, 2014.



HON. _____ WHA
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

1
[PROPOSED] ORDER GRANTING PLTFF'S ADMIN. MOTION TO FILE UNDER SEAL PLTFF'S
MOTION TO AMEND INFRINGEMENT CONTENTIONS & EXS. A-C, F-K
CASE NO. 3:12-CV-05579- WHA