1   GARY S. FERGUS, Cal. Bar No. 095318
FERGUS, A LAW OFFICE
2   595 Market Street, Ste. 2430
San Francisco, California 94115
3   Tel:    (415) 537-9032
Fax:    (415) 537-9038
4   E-mail: gfergus@ferguslegal.com

5   RAYMOND P. NIRO
PAUL K. VICKREY (appearance pro hac vice)
6   DAVID J. SHEIKH (appearance pro hac vice)
OLIVIA T. LUK (appearance pro hac vice)
7   GABRIEL I. OPATKEN (appearance pro hac vice)
NIRO, HALLER & NIRO
8   181 W. Madison, Suite 4600
Chicago, Illinois  60602
9   Tel:    (312) 236-0733
Fax:    (312) 236-3137
10  E-mail: rniro@nshn.com
E-mail: vickrey@nshn.com
11  E-mail: sheikh@nshn.com
E-mail: oluk@nshn.com
12  E-mail: gopatken@nshn.com

13  *Attorneys for Plaintiff Qiang Wang*

14

15                  IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
16                          SAN FRANCISCO DIVISION

17  QIANG WANG,                          | Case No. C12-05579 WHA
18                          Plaintiff,
                                         | Honorable Judge William H. Alsup
19       v.
                                         | [PROPOSED] ORDER GRANTING, IN
20  PALO ALTO NETWORKS, INC.,            | PART, DEFENDANTS'
    NIR ZUK and FENGMIN GONG,            | ADMINISTRATIVE MOTION TO FILE
21                                       | UNDER SEAL PORTIONS OF
                          Defendants.    | DEFENDANTS' MOTION FOR
22                                       | SUMMARY JUDGMENT AND EXHIBITS
                                         | IN SUPPORT THEREOF
23

24

25

26

27

28
WANG v. PALO ALTO NETWORKS, ET AL. – CASE NO. C12-05579 WHA
[PROPOSED] ORDER GRANTING, IN PART, DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXHIBITS IN SUPPORT THEREOF

Having considered Defendants' Administrating Motion to File Under Seal Portions of Defendants' Motion for Summary Judgment and Exhibits in Support Thereof and the Declaration of Gabriel I. Opatken Supporting, In Part, the same, and good cause appearing:

IT IS HEREBY ORDERED that the following portions of Defendants' Motion for Summary Judgment and Exhibits in Support Thereof shall be filed under seal:

| Document | Sealed Portion |
|---|---|
| Exhibit 10 to the Declaration of Jonathan A. Patchen | Page 6, Line 21 – Page 6, Line 23 (confidential information ending at "(QW005123…"). Page 7, Line 1 – Page 7, Line 3 (confidential information ending at "(QW005228…"). Page 7, Line 4 – Page 7, Line 6 (confidential information ending at "(QW001607…"). Page 7, Line 9 – Page 7, Line 11 (confidential information ending at "(QW005123…"). Page 7, Line 13 – Page 7, Line 16 (confidential information ending at "(QW002709…"). Page 7, Line 19 – Page 7, Line 22. Page 7, Line 25 – Page 8, Line 4 (confidential information ending at "(QW005218…"). Page 8, Line 6 – Page 8, Line 8 (confidential information ending at "(QW005218…"). Page 8, Line 8 (confidential information starting after "Flow #14)" – Page 8, Line 10. Page 8, Line 13 – Page 8, Line 18 (confidential information ending at "(QW005008…"). Page 8, Line 20 – Page 8, Line 24 (confidential information ending at "(QW005008…"). Page 8, Line 25 – Page 9, Line 9 (confidential information ending at "(QW005008…"). Page 9, Line 11 – Page 9, Line 16 (confidential information ending at "(QW005008…"). Page 9, Line 18 – Page 9, Line 22 (confidential information ending at "(QW005008…"). Page 9, Line 23 – Page 10, Line 7 (confidential information ending at "(QW005008…"). Page 10, Line 9 – Page 10, Line 12 (confidential information ending at "(QW005008…"). Page 10, Line 15 – Page 10, Line 23 (confidential information ending at "(QW006620…"). Page 10, Line 25 – Page 11, Line 4 (confidential information ending at "(Pat. 1:14-19…"). Page 11, Line 6 – Page 11, Line 7. Page 11, Line 9 – Page 11, Line 17 (confidential information ending at "(QW006620…"). |

WANG V. PALO ALTO NETWORKS, ET AL. – CASE NO. C12-05579 WHA
[PROPOSED] ORDER GRANTING, IN PART, DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXHIBITS IN SUPPORT THEREOF

- 2 -

| | |
|---|---|
| | Page 11, Line 19 – Page 11, Line 21 (confidential information ending at "(QW006620…"). Page 11, Line 23 – Page 12, Line 2. |
| Exhibit 53 to the Declaration of Jonathan A. Patchen | Page 37: In the left-hand column after the words "Trade Secret 1". Page 101: In the left-hand column below the heading "NETWORK SECURITY ENGINE". |

IT IS SO ORDERED.

Dated:  March 18, 2014.

HONORABLE WILLIAM H. ALSUP
United States District ~~Court~~ Judge

WANG V. PALO ALTO NETWORKS, ET AL. – CASE NO. C12-05579 WHA
[PROPOSED] ORDER GRANTING, IN PART, DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
PORTIONS OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXHIBITS IN SUPPORT THEREOF

- 3 -