IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QIANG WANG,

        Plaintiff,

  v.

PALO ALTO NETWORKS, NIR ZUK, and
FENGMIN GONG,

        Defendants.

No. C 12-05579 WHA

**REQUEST RE FRE 706 EXPERT**

A March 6 order asked the parties to please meet and confer regarding a court-appointed FRE 706 expert. A March 14 order permitted the parties to file a joint statement regarding their meet and confer by noon on March 19 and asked the parties to be prepared to discuss their meet and confer at the hearing on **MARCH 20 AT 8:00 A.M.** (Dkt. Nos. 129, 134). The Court looks forward to this discussion and would appreciate it if the parties could please file a joint statement **TODAY, MARCH 19**, preferably by 7:00 p.m. The resume(s) of any proposed expert(s) may be filed under seal.

Dated: March 19, 2014.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE