IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANG WANG,<br><br>    Plaintiff,<br><br>  v.<br><br>PALO ALTO NETWORKS, NIR ZUK, and FENGMIN GONG,<br><br>    Defendants.<br>                                     / | No. C 12-05579 WHA<br><br>**ORDER SETTING APRIL 29 HEARING RE PROPOSED FRE 706 EXPERTS** |

On April 3, the parties jointly proposed two FRE 706 experts: Dr. Somesh Jha and Dr. Shlomo Engelson Argamon. Both sides and the two proposed experts are to please appear for a hearing on **APRIL 29, 2014 AT 8:00 A.M.** The Court looks forward to meeting both experts. The parties are asked to please provide the experts with this order.

**IT IS SO ORDERED.**

Dated: April 3, 2014.

                                                       WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE