DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
RYAN M. KENT (SBN 220441)
rkent@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendants
PALO ALTO NETWORKS, INC. and NIR ZUK

NIRO, HALLER & NIRO
PAUL K. VICKREY (admitted *pro hac vice*)
vickrey@ nshn.com
181 W. Madison, Suite 4600
Chicago. IL 60602
Telephone:    312-236-0733
Facsimile:     312-236-3137

Attorneys for Plaintiff QIANG WANG

JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: jpatchen@tcolaw.com

Attorneys for Defendant FENGMIN GONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QIANG WANG,<br><br>                    Plaintiff,<br><br>     v.<br><br>PALO ALTO NETWORKS, INC., NIR ZUK, and FENGMIN GONG,<br><br>                    Defendants. | Case No. 3:12-cv-05579-WHA<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Ctrm:   8 – 19th Floor<br>Judge:  Honorable William H. Alsup |

1    IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that all claims in the above-entitled action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  April 24, 2014                          DURIE TANGRI LLP

                                                By:  */s/ Ryan M. Kent*
                                                     RYAN M. KENT

                                                Attorneys for Defendants
                                                PALO ALTO NETWORKS, INC. and
                                                NIR ZUK

Dated:  April 24, 2014                          NIRO, HALLER & NIRO

                                                By:  */s/ Paul K. Vickrey*
                                                     PAUL K. VICKREY

                                                Attorneys for Plaintiff
                                                QIANG WANG

Dated:  April 24, 2014                          TAYLOR & COMPANY LAW OFFICES, LLP

                                                By:  */s/ Jonathan A. Patchen*
                                                     JONATHAN A. PATCHEN

                                                Attorneys for Defendant
                                                FENGMIN GONG

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Ryan M. Kent, attest that concurrence in the filing of this document has been obtained.

Dated:  April 24, 2014                          */s/ Ryan M. Kent*
                                                RYAN M. KENT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                       HONORABLE WILLIAM ALSUP

---

1
JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE / CASE NO. 3:12-CV-05579- WHA

**CERTIFICATE OF SERVICE**

  I certify that all counsel of record is being served on April 24, 2014 with a copy of this document via the Court's CM/ECF system.

                         */s/ Ryan M. Kent*
                         RYAN M. KENT