**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QIANG WANG,

    Plaintiff,

  v.

PALO ALTO NETWORKS, et al.,

    Defendants.

No. C 12-05579 WHA

**ORDER RE STIPULATION OF DISMISSAL, DENYING AS MOOT PENDING MOTIONS, AND VACATING HEARING**

    On April 24, the parties filed a stipulation to dismiss all claims with prejudice. Accordingly, the motion to strike the expert report of Vern Paxson, motion to modify the case management order to reopen discovery, and claim construction briefs are **DENIED AS MOOT**. The FRE 706 expert hearing on April 29 is **VACATED**. The Clerk shall **CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: April 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE