IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANG WANG,<br><br>    Plaintiff,<br><br>  v.<br><br>PALO ALTO NETWORKS, et al.,<br><br>    Defendants.<br>                                 / | No. C 12-05579 WHA<br><br>**ORDER DENYING<br>MOTION TO VACATE SETTLEMENT** |

Plaintiff Qiang Wang authorized his attorneys to settle this case. They did and it was dismissed. Now, Qiang Wang has moved to "vacate the settlement." This motion was filed by him, not through counsel. His counsel then filed a declaration. Qiang Wang was represented by counsel in this closed matter and so long as he has counsel of record, all motions must be made through counsel. In any event, his counsel settled the case and, on his behalf, dismissed it. No viable ground to set aside the dismissal has been given. For both of the foregoing reasons, the motion to vacate the settlement is **DENIED**. The hearing set for June 12 is **VACATED**. This matter remains closed and over.

    **IT IS SO ORDERED.**

Dated: May 9, 2014.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE